UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:18-CR-00273-01** |
| **VERSUS** | **JUDGE DRELL** |
| **GENE WILLIAMS III (01)** | **MAGISTRATE JUDGE HANNA** |

O R D E R

After review of Defendant's Motion to Amend Sentence (Doc. 42) now pending before this court, it is hereby

ORDERED that defendant's motion is DENIED. The sentence imposed by this court shall run consecutive to any sentences arising from defendant's 2018 state court convictions. There is no constitutional right to have sentences imposed by state and federal courts run concurrently. Setser v. U.S., 566 U.S. 231 (2012); United States v. Dovalina, 711 F.2d 737, 739 (5th Cir. 1983); U.S.S.G. §5G1.3; La. C. Crim. P. Arts. 833, 883.1. Further, there is no evidence before the court to suggest that the state and federal convictions arose from the same facts or events, a factor that might weigh in favor of concurrent sentences in such cases.

THUS DONE AND SIGNED at Alexandria, Louisiana this 22nd day of June, 2020

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT